R. ROGERS AND WIFE v. MARY RENSHAW.

The Constitution of this State absolutely forbids the alienation of home-
stead property by the husband without the consent of his wife; and
such a sale is therefore an absolute nullity, and the purchaser acquires
no title whatever.

APPEAL from Milam. Tried below before the Hon. J. M.
Onins.

There is no occasion for a statement of the facts.

*W. H. Hamman,* for the appellant, filed an able brief, in
which he admitted that the wife could not be deprived of her
homestead during her life, by a sale of it by her husband alone,
but contended that the sale by the husband, without the con-
sent of the wife, passed the title to the homestead, subject alone
to the rights of the wife during her life—there being no living
children of Renshaw and wife.

*C. R. Smith* for the appellee.

OGDEN, J. John Renshaw and wife owned two hundred
acres of land in Milam county, which was community property,
and occupied the same as their homestead. In 1863, Renshaw
sold the homestead, without the consent of his wife, as requir-
ed by law, to appellants, Robert Rogers and wife. John Ren-
shaw subsequently died, having acquired no other homestead,
and the surviving wife brought this suit in the District Court,
for the establishment of her homestead rights. There was a
judgment below, setting aside the sale by Renshaw to Rogers
and wife, and vesting the title to the same in the widow of
John Renshaw, as her homestead; and the defendants below
have appealed.

The Constitution and laws of this State absolutely forbid
the alienation of the homestead by the husband, without the

40

consent of the wife, as provided by law. The sale by Renshaw was therefore an absolute nullity, and conveyed to appellants no rights whatever. And so far as appellants are concerned, it is wholly immaterial whether the surviving wife takes only a life estate, or a fee simple in the homestead, as they certainly acquired no right to it under their deed. There is no error in the judgment of the District Court, and it is affirmed.

Affirmed.